# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 06-cr-0101 AWI |
| Phillip Anthony Wyatt ) | |

FILED
APR 1 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Phillip Anthony Wyatt___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following: You are released to the third party custody of Turning Point of Central California, and, you shall reside at and participate in the Turning Point residential program as directed by program staff and Pretrial Services; and, should you secure employment, you shall reimburse the Pretrial Services Agency for the cost of your residential placement as directed by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-7-06     _____  4-7-06
Signature of Defendant   Date        Pretrial Services Officer  Date
Phillip Anthony Wyatt                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____              4/11/06
Signature of Assistant United States Attorney   Date
Stanley A. Boone

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              4-12-06
Signature of Defense Counsel         Date
Karen Lynch

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  4-12-06 .
☐ The above modification of conditions of release is *not* ordered.

_____              4-12-06
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services