


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. CR-06-101-AWI |
| vs. | ORDER OF RELEASE |
| PHILLIP ANTHONY WYATT, | |
| Defendant. | |

The above named defendant having been sentenced to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-21-06

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1