PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Phillip Anthony WYATT |
| **Docket Number:** | 1:06CR00101-003 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/21/2006 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 118 days BOP (time served); 36 months TSR; $100 special assessment; $1,565 restitution; mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets until financial obligation is paid in full; Financial disclosure; Credit restrictions; Drug counseling; Drug testing; Abstain from alcoholic beverages and places where they are the chief item of sale; $25 monthly co-payment; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/21/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Karen L. Lynch     **Telephone:** (559) 448-0400 |

**Other Court Action:**

**12-27-06:** Non-compliance Report submitted notifying the Court of the defendant's methamphetamine abuse. The probation officer recommended the Court take no negative action at the present time in order to allow the

**RE:   Phillip Anthony WYATT**
         **Docket Number:   1:06CR00101-003**
         **REPORT OF OFFENDER NON-COMPLIANCE**

defendant to benefit from intensified drug treatment. The Court approved on January 3, 2007.

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      ILLICIT DRUG USE (DATES)  - February 5, 2007**

**Details of alleged non-compliance:**  On February 5, 2007, the defendant provided a urine sample to his drug treatment program which returned a positive test result for the presence of morphine.

**United States Probation Officer Plan/Justification:**   On February 15, 2007, the probation officer contacted Scientific Testing Laboratories for an interpretation of the above indicated test result.  A certifying scientist stated the defendant's test result for the presence of morphine could represent metabolized codeine, morphine sulfate, ingestion of poppy seeds, or "the tail end of heroin use."  The certifying scientist stated any medications that contain codeine or morphine are only available by prescription.

On February 15, 2007, the probation officer confronted the defendant with the above urinalysis test result.  The defendant stated he did not use heroin and had no recollection of ingesting poppy seeds.  The defendant stated that prior to submitting the urine sample in question, he took what he thought was an 800 milligram prescription motrin which belonged to his mother.  Considering the certifying scientist advised the probation officer that motrin would not be a source of metabolized morphine, the probation officer admonished and warned the defendant to take only his own prescriptions.  The probation officer notified the defendant that a residential community corrections center recommendation would be made should he continue to engage in any unlawful use of a

RE:   Phillip Anthony WYATT
      Docket Number:   1:06CR00101-003
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

controlled substance.  Under Federal and California state law, codeine and morphine are considered controlled substances.  Considering this coupled with the fact the defendant failed to declare any prescription medications prior to submitting the urine sample in question, the probation officer also admonished the defendant to declare all ingested prescription medications prior to submitting urine samples for drug testing.

A pattern of prescription drug abuse is not apparent at this time.  Considering the defendant has been admonished and warned to take only prescription medication in his name, the probation officer recommends the Court take no negative action at the present time in order to allow the defendant to benefit from continued drug treatment services.  Should the defendant continue to find himself at variance from his terms and conditions of supervision, the probation officer will immediately notify the Court.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   February 16, 2007
            Bakersfield, California
            RCW:dk

                /s/ R. Walters
**REVIEWED BY:**  _____
               **RICK C. LOUVIERE**
               **Supervising United States Probation Officer**

**RE:   Phillip Anthony WYATT**
   **Docket Number:   1:06CR00101-003**
   **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

(✖)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

IT IS SO ORDERED.

**Dated:   February 20, 2007**                            /s/ **Anthony W. Ishii**
0m8i78                                                             UNITED STATES DISTRICT JUDGE