Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Phillip Anthony WYATT |
| **Docket Number:** | 1:06CR00101-003 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-21-06 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 118 days BOP (time served); 36 mos. TSR; $100 special assessment; $1,565 restitution; mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets until financial obligation is paid in full; Financial disclosure; Credit restrictions; Drug counseling; Drug testing; Abstain from alcoholic beverages and places where they are the chief item of sale; $25 monthly co-payment; DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08-21-06 |
| **Assistant U.S. Attorney:** | Stanley A. Boone   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Karen L. Lynch   **Telephone:** (559) 448-0400 |

RE:    **Phillip Anthony WYATT**
        **Docket Number:  1:06CR00101-003 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

**Other Court Action:**

<u>**12-27-06:**</u>                        Non-compliance Report submitted notifying the Court of the defendant's methamphetamine abuse.    The probation officer recommended the Court take no negative action in order to allow the defendant to benefit from intensified drug treatment.   The Court approved on January 3, 2007.

<u>**02-16-07:**</u>                        Non-compliance Report submitted notifying the Court of the defendant's positive drug test result for the presence of morphine.  Considering the defendant was admonished and warned to take only prescription medication in his name, the probation officer recommended the Court take  no negative action.  The Court approved on February 20, 2007.

<u>**05-31-07:**</u>                        Non-compliance Report submitted requesting the Court modify the defendant's terms and conditions of supervision to include his participation in a residential community correctional center for a period of 90 days. This request was submitted in response to the defendant's methamphetamine use.    The Court approved on June 2, 2007.

<u>**02/26/07:**</u>                        Non-compliance Report submitted notifying the Court of the defendant's missed testing appointment. Considering the probation officer extended the defendant's drug testing requirements, no additional action was recommended.   The Court approved on February 28, 2008.

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:    Phillip Anthony WYATT**
**        Docket Number:  1:06CR00101-003 AWI**
**        PETITION TO MODIFY THE CONDITIONS OR TERM**
**        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period of 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On March 11, 2008, the defendant submitted a drug test to his treatment program which returned a positive result for the presence of methamphetamine.

On March 17, 2008, the defendant reported to the probation office and admitted he used methamphetamine prior to the above indicated drug test.   The defendant signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision in order to participate in a residential re-entry center for a period of 120 days.

The probation officer considered returning the defendant to Court for violation proceedings due to the fact he has already had the benefit of a residential re-entry center placement. However, the defendant is employed full time and would likely be terminated from employment for any extended absences.

Considering the defendant has been advised that further variance from his terms and conditions of supervision will result in a return to Court for formal violation proceedings, the probation officer supports and recommends the above indicated modification at the present time.

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **Phillip Anthony WYATT**
      **Docket Number:  1:06CR00101-003 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   March 18, 2008
             Bakersfield, California
             RCW:dk

/s/ Rick C. Louviere

**REVIEWED BY:**   _____

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

_____

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


IT IS SO ORDERED.

**Dated:   March 19, 2008**          _____/s/ Anthony W. Ishii_____
                                     UNITED STATES DISTRICT JUDGE